FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lee et al          v.          United States

No. _____ 17-1643 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☒ As counsel for:      Seh Ahn Lee, Irina Ryan, Ahmad Nariman, and Mark Peach

Name of party

I am, or the party I represent is (select one):

☐ Petitioner      ☐ Respondent      ☐ Amicus curiae      ☐ Cross Appellant

☒ Appellant      ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant      ☐ Respondent or appellee

| | |
|---|---|
| Name: | John Pierce |
| Law Firm: | Themis PLLC |
| Address: | 2305 Calvert St. NW |
| City, State and Zip: | Washington, DC 20008 |
| Telephone: | (202)567-2050 |
| Fax #: | (202)567-2051 |
| E-mail address: | JPierce@Themis.US.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):      2/24/17

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes      ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date _____      Signature of pro se or counsel _____

cc: _____